WEST JERSEY TRUST COMPANY, RESPONDENT, v. PHILA-DELPHIA AND READING RAILWAY COMPANY, APPELLANT.

Argued March 20, 1916—Decided July 18, 1917.

On-appeal from the Supreme Court.

For the appellant, *Edward L. Katzenbach.*

For the respondent, *Ott & Carr.*

PER CURIAM.

The judgment under review herein should be reversed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the case of George A. Rounsaville *v.* Central Railroad Company of New Jersey, No. 81 of the November term, 1915, recently decided in this court upon the authority of the decision of the Supreme Court of the United States in the case of *Erie Railroad Co.* v. *Amy L. Winfield* (opinion by Mr. Justice Van Devanter), 244 *U. S.* 170.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, BERGEN, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.   9.